# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**COMPLAINT FORM**

United States District Court
District of Connecticut
FILED AT   NEW HAVEN
12/20/20 21
Roberta D. Tabora, Clerk
By_____
Deputy Clerk

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Case No. __3:21CV1693(SALM)__
(To be supplied by the Court)

v.

Full names of Defendant(s)
(Do not use *et al.*)

## A. PARTIES

1. __Zoila Angelica Rivera Peralta__ is a citizen of __Ecuador / CT__ who
   (Plaintiff)                                      (State)
presently resides at __1104 Norwich Ave Colchester, CT 06415__.
                         (mailing address)

2. Defendant __CK Greenhouses Inc__ is a citizen of __CT__
   (name of first defendant)                  (State)
whose address is __301 East Johnson Ave Cheshire, CT 06410__

3. Defendant _____ is a citizen of _____
              (name of second defendant)                    (State)

whose address is _____

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s))

Johnny Matute (Son) 860·712·9297
164 Norwich ave Colchester, CT
06415

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

While working for CK Greenhouses Inc, I got hurt. I was sent to a doctor who was support to do the surgery I needed and didn't do so. After I got hurt CK Greenhouses Inc wanted me to return, but I was not better, My hand got worse. Because of this I have not been →
able to return to work. I don't have any source of Income and because of my Condition I can't seek

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** _____

_____

_____

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Angelo Cicchiello - Attorney at law state to not return to work, nor has done anything about the case.

Levy, Leff, and Defrank P.C - also neglected my case and has not helped at all.

**Claim II:** John R. Dale, PA-C (Doctor who tended to me and also neglected me.

Frandi Reiland - 347-291-4575

3651 Main st 200
Stratford, CT
06614

**Supporting Facts:**

3

## E. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: (state the relief you seek)

## F. JURY DEMAND

Do you wish to have a jury trial? **Yes** ☒   No

_____     _____*[signature]*_____
Original signature of attorney (if any)     **Plaintiff's Original Signature**

_____     _____
Printed Name                                Printed Name
                                            *Zoila Angelica Rivera Peralta*

( )                                         *860 984-4570*
Attorney's full address and telephone       Plaintiff's full address and telephone
                                            *104 Norwich Ave*
                                            *Colchester, CT 06415*

Email address if available                  Email address if available


## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on _____.
           (location)                       (date)

                                            _____
                                            **Plaintiff's Original Signature**

(Rev.3/29/16)

5